No. 98. WATWOOD *v.* STONE'S MERCANTILE AGENCY, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *H. Winship Wheatley* and *H. Winship Wheatley, Jr.* for respondent.

No. 99. BECK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Joseph W. Bishop, Jr.* and *Melva M. Graney* for respondent.

No. 104. JONES ET AL., DOING BUSINESS AS JONES & HAITHCOCK USED CARS, *v.* HARPER, MAJOR GENERAL, UNITED STATES ARMY. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, John F. Davis, Paul A. Sweeney* and *Hubert H. Margolies* for respondent.

No. 105. CHAPMAN ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jack K. Ayer* and *Stone Wells* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 107. SINCLAIR REFINING CO. *v.* GUTOWSKI. C. A. 6th Cir. Certiorari denied. *Milo H. Crawford* and *A. Stewart Kerr* for petitioner.

No. 109. GIRARD TRUST CORN EXCHANGE BANK, TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE.

822

C. A. 3d Cir. Certiorari denied. *Philip Price* and *George Craven* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Melva M. Graney* for respondent.

No. 110. WILLIAMS *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied. *Arthur J. Freund, Morris L. Ernst, Osmond K. Fraenkel* and *Herbert Monte Levy* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 114. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Jackson A. Dykman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *I. Henry Kutz* for respondent.

No. 115. STEEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Robert N. Anderson* for the United States.

No. 116. AMERICAN STEAMSHIP Co. *v.* INTERLAKE STEAMSHIP Co. C. A. 6th Cir. Certiorari denied. *Laurence E. Coffey* and *Lucian Y. Ray* for petitioner. *Thomas V. Koykka* for respondent.

No. 117. DEENA PRODUCTS Co. *v.* UNITED BRICK & CLAY WORKERS OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied. *James G. Wheeler* for petitioner. *J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for respondents.